# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COMMITTEE TO RE-ELECT JUDGE
CHIP MOORE O/B/O RICHARD
"CHIP" MOORE

VERSUS

KYLE ARDOIN, AS THE
LOUISIANA SECRETARY OF
STATE, AND DOUG WELBORN, AS
THE CHIEF ELECTION OFFICER
FOR EAST BATON ROUGE

NO.   2020 CW 0648

**JULY 23, 2020**

---

In Re:    Committee to Re-Elect Judge Chip Moore o/b/o Richard
          "Chip" Moore, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 698119.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**   Once a judgment with appropriate decretal
language is issued by the district court, such a ruling will
represent a final, appealable judgment, and plaintiff will be
entitled to file a motion for an appeal therefrom in accordance
with applicable law.   Once an order of appeal is signed, relator
may request special assignment pursuant to Uniform Rules of
Louisiana Courts of Appeal, Rule 2-11.1.

**AHP**
**WIL**

**Higginbotham, J.,** concurs in the result.   While I agree
that once the judgment is signed it will be a final, appealable
judgment, I acknowledge that the requirement of perfecting an
appeal renders a tragic hardship considering the circumstances
posed by the qualifying deadline.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT